```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
MELINDA MALDONADO ROMAN,                                          :
                                                                  :
                              Plaintiff,,                         :
                                                                  :       21-CV-6162 (JMF)
          -v-                                                     :
                                                                  :             ORDER
NEW YORK CITY DEPARTMENT OF EDUCATION,                            :
et al.,                                                           :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

The Order at ECF No. 18 is hereby VACATED and superseded by this Order.

Plaintiff, who is proceeding *pro* se, paid the filing fees to commence this action. The Clerk of Court is therefore directed to issue summonses to Defendants Raquel Pevey and Christy Curran. Plaintiff is directed to serve the summonses and the Amended Complaint on each Defendant within 90 days of the issuance of the summonses. If, within those 90 days, Plaintiff has not either served the summonses or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

The New York City Department of Education is directed to notify the Court within 30 days if it will waive service of the Complaint, as the City of New York has already been served.

The Clerk of Court is further instructed to docket, as a new entry, the amended complaint that is attached to the letter in ECF No. 15 and to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated: January 5, 2022            _____
       New York, New York                    JESSE M. FURMAN
                                          United States District Judge