UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MELINDA MALDONADO ROMAN,    :
:
                Plaintiff,    :          21-CV-6162 (JMF)
:
     -v-    :               ORDER
:
NEW YORK CITY DEPARTMENT OF EDUCATION   :
et al.,    :
:
              Defendants.    :
X
------------------------------------------------------------------

JESSE M. FURMAN, United States District Judge:

      It is hereby ORDERED that the initial pretrial conference in this matter, previously scheduled for **April 18, 2022**, at **4:00 p.m.** is RESCHEDULED for **April 26, 2022**, at **11:45 a.m.** Any party that is proceeding in this case *pro se* (without an attorney) is required to appear personally at this conference.

      The Court will hold the initial conference by telephone in accordance with Rule 2(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.) The parties should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

      The Clerk of Court is directed to mail a copy of this Order to the Plaintiff.

      SO ORDERED.

Dated: April 5, 2022
       New York, New York

                                        JESSE M. FURMAN
                                       United States District Judge