UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                    :
MELINDA MALDONADO ROMAN,                            :
                                                    :
                                   Plaintiff,       :          21-CV-6162 (JMF)
                                                    :
              -v-                                   :               ORDER
                                                    :
NEW YORK CITY DEPARTMENT OF EDUCATION               :
et al.,                                             :
                                                    :
                                   Defendants.      :
                                                    :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        In light of the COVID-19 situation, the Court will not hold the upcoming conference in
this case in person.  As Plaintiff is no longer proceeding *pro se*, Counsel should submit their
proposed case management plan and joint letter by the Thursday prior to the conference, the
contents of which are described below.  In their joint letter, the parties should also indicate
whether they can do without a conference altogether.  If so, the Court may enter a case
management plan and scheduling order and the parties need not appear.  If not, the Court will
hold the initial conference by telephone, albeit perhaps at a different time.  To that end, counsel
should indicate in their joint letter dates and times during the week of the conference that they
would be available for a telephone conference.

        Counsel are directed to confer with each other prior to the conference regarding
settlement and each of the other subjects to be considered at a Federal Rule of Civil Procedure 16
conference.  Additionally, in accordance with Paragraph 2.D of the Court's Individual Rules and
Practices, the parties are hereby ORDERED to file on ECF a joint letter, described below, as
well as a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to
the joint letter, no later than **Thursday of the week prior to the initial pretrial conference**.
The parties shall use this Court's form Proposed Civil Case Management Plan and Scheduling
Order, which is also available at https://www.nysd.uscourts.gov/hon-jesse-m-furman.  Any open
legal issues can be addressed at the conference.

        The joint letter shall not exceed five (5) pages, and shall provide the following
information in separate paragraphs:

        (1)     A brief statement of the nature of the action and the principal defenses thereto;

        (2)     A brief explanation of why jurisdiction and venue lie in this Court.  In any action
                in which subject matter jurisdiction is founded on diversity of citizenship pursuant

to Title 28, United States Code, Section 1332, the letter must explain the basis for the parties' belief that diversity of citizenship exists.  Where any party is a corporation, the letter shall state both the place of incorporation and the principal place of business.  In cases where any party is a partnership, limited partnership, limited liability company, or trust, the letter shall state the citizenship of each of the entity's members, shareholders, partners, and/or trustees.  *See, e.g.,* *Handelsman v. Bedford Vill. Assocs. L.P.*, 213 F.3d 48 (2d Cir. 2000).

(3)     A statement of all existing deadlines, due dates, and/or cut-off dates;

(4)     A brief description of any outstanding motions;

(5)     A brief description of any discovery that has already taken place and of any discovery that is necessary for the parties to engage in meaningful settlement negotiations;

(6)     A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

(7)     A statement confirming that the parties have discussed the use of alternate dispute resolution mechanisms and indicating whether the parties believe that (a) a settlement conference before a Magistrate Judge; (b) participation in the District's Mediation Program; and/or (c) retention of a privately retained mediator would be appropriate and, if so, when in the case (*e.g.*, within the next sixty days; after the deposition of plaintiff is completed; after the close of fact discovery; etc.) the use of such a mechanism would be appropriate; and

(8)     Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

If this case has been settled or otherwise terminated, counsel are not required to submit such letter or to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event.  *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* https://www.nysd.uscourts.gov/electronic-case-filing.

SO ORDERED.

Dated: April 18, 2022
New York, New York

_____
JESSE M. FURMAN
United States District Judge

2