UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
MELINDA MALDONADO ROMAN,                              :
:
Plaintiff,           :
:         21-CV-6162 (JMF)
-v-                                :
:             ORDER
:
NEW YORK CITY DEPARTMENT OF EDUCATION    :
et al.,                                                               :
:
Defendants.          :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated during the teleconference held earlier today:

- The parties shall contact the Chambers of Magistrate Judge Cave no later than tomorrow, **August 31, 2022**, to schedule a settlement conference to occur **within the next 30 days** (unless she is unavailable in that time frame, in which case the parties should seek appropriate relief from the Court by letter-motion).

- Discovery is now closed, except that loose ends — i.e., limited discovery requests that arose from the recent depositions — may be, and must be, tied up by no later than **September 30, 2022**.

- The following schedule shall apply to Defendants' summary judgment motion:

    o Defendants' motion for summary judgment shall be filed no later than **three weeks** after the date of the settlement conference;

    o Plaintiff's opposition, if any, is due no later than four weeks after the date of Defendants' motion; and

    o Defendants' reply, if any, is due two weeks after the date of Plaintiff's opposition.

SO ORDERED.

Dated: August 30, 2022
       New York, New York                       _____
                                                 JESSE M. FURMAN
                                                 United States District Judge