*The Court hereby adopts the parties' proposed briefing schedule.*

**SO ORDERED.**

*Jennifer H. Rearden, U.S.D.J.*
*Date: July 12, 2023*



**HONORABLE SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**RODIANNA KATSAROS**
*Assistant Corporation Counsel*
Phone:  (212) 356-2464
rkatsaro@law.nyc.gov

July 12, 2023

By ECF
Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    Melinda Maldonado-Roman v. New York City Department of Education et al.
              21 cv 6162 (JHR)(SC)

Dear Judge Rearden:

     I am an Assistant Corporation Counsel in the office of Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for the New York City Department of Education, Carmen Toledo, Dionne Belderes, and  Raquel Pevey ("Defendants") in the above-referenced action. The Court has directed the parties to submit a joint letter with a proposed briefing schedule. The Defendants will re-file their summary judgment motion "excised of all material they wish the court to disregard" by August 2, 2023. Plaintiff will file her opposition by August 16, 2023, and Defendants will file their reply by August 30, 2023.

     The parties thank the Court for its time and consideration of this matter.

                                        Respectfully,

                                        /s/ *Rodianna Katsaros*

                                        Rodianna Katsaros
                                        Assistant Corporation Counsel

cc:    Bryan Glass, Attorney for Plaintiff (via ECF)