UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELINDA MALDONADO ROMAN,<br><br>                      Plaintiff,<br><br>                     -v.-<br><br>NEW YORK CITY DEPARTMENT OF<br>EDUCATION, et al.,<br><br>                      Defendants. | 21 Civ. 06162 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      In light of Defendants' motion for summary judgment filed on July 27, 2023, *see* ECF No. 81, Defendants' earlier-filed motion, *see* ECF No. 64, is hereby DENIED as moot.[1]

      The Clerk of Court is directed to terminate ECF Nos. 64 and 65.

      SO ORDERED.

Dated: July 31, 2023
       New York, New York

                                                    JENNIFER H. REARDEN
                                                    United States District Judge

---

[1] Pursuant to the briefing schedule adopted by the Court on July 12, 2023, Plaintiff's opposition is due by August 16, 2023, and Defendants' reply is due by August 30, 2023. *See* ECF No. 80.