UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X

MELINDA MALDONADO ROMAN,

                          Plaintiff,

        - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, CARMEN TOLEDO, former
Principal of P.S. 25X, DIONNE BELDERES,
Assistant Principal of P.S. 25X, RAQUEL PEVEY,
Principal of P.S. 25X, and CHRISTY CURRAN,
Consultant,

                        Defendants.

---------------------------------------------------------------- X

Civil Case No.: 21-CV-06162
(LTS) (SLC)

**NOTICE OF MOTION TO
WITHDRAW AS COUNSEL**

      In accordance with Local Civil Rule 1.4, the undersigned counsel, Sabrina T. Smith, respectfully requests that this Court withdraw her appearance as counsel of record for the New York City Department of Education, Carmen Toledo, Dionne Belderes, and Raquel Pevey (collectively, "Defendants"). As of May 30, 2025, the undersigned is no longer employed with the New York City Law Department, Office of the Corporation Counsel. As of June 16, 2025, the undersigned has joined the law firm, Gordon Rees Scully Mansukhani, LLP. The New York City Law Department, Office of the Corporation Counsel, will continue to provide representation for Defendants. Accordingly, all future correspondence, filings, ECF notifications, or other information relating to this matter should be directed to the Office of the Corporation Counsel[1].

---

[1] Pursuant to Local Civil Rule 1.4 of the United States District Courts for Southern and Eastern Districts, an affidavit in support of a notice of motion to withdraw is not required where a notice of appearance on behalf of the client will remain in the case. Lauren Silver, Assistant Corporation Counsel, noticed her appearance on May 30, 2025, and is the attorney of record in this matter on behalf of Defendants. *See* ECF Dkt. No. 92.

Dated: New York, New York

June 24, 2025

Respectfully Submitted,

GORDON REES SCULLY
MANSUKHANI, LLP

By: *Is/ Sabrina T. Smith*
Sabrina T. Smith, Esq.
One Battery Park Plaza, 28th Floor
New York, New York 10004
Tel: 212-453-0734
stsmith@grsm.com

To:     All Parties and Counsel of Record (via ECF)